AO 245B   (Rev. 10/2011 EDNY) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK
(Corrected)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| FREDERICK CELANI, | ) | Case Number:   CR-13-0183-01(ADS) |
| a/k/a Sidney Levine | ) | USM Number:   06691-026 |
| | ) | |
| | ) | Robert P. LaRusso, Esq.(CJA)/ Demetri M. Jones, AUSA |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    COUNT NINE (FIFTEEN COUNT INDICTMENT).

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 10 2014  ★

LONG ISLAND OFFICE

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1956(a)(1)(A)(i) | MONEY LAUNDERING, a Class C felony | | 9 |

The defendant is sentenced as provided in pages 2 through ____6____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)   remaining _____   ☐ is   X are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 6, 2013
Date of Imposition of Judgment

s/ Arthur D. Spatt
Signature of Judge

HONORABLE ARTHUR D. SPATT, U.S.D.J.
Name and Title of Judge

February 10, 2014
Date

AO 245B    (Rev. 09/11) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:        FREDERICK CELANI
CASE NUMBER:      CR-13-0183-01 (ADS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

A TOTAL OF ONE HUNDRED AND THIRTY TWO (132) MONTHS ON COUNT 9 AND SHALL RUN CONCURRENT WITH COUNT 1 IN CR-09-0405(S). THE DEFENDANT SHALL BE GIVEN CREDIT FOR TIME ALREADY SERVED FROM MARCH 17, 2009 TO THE PRESENT DATE.

X    The court makes the following recommendations to the Bureau of Prisons:
     THAT THE DEFENDANT SERVE HIS SENTENCE IN A FACILITY THAT CAN ALLEVIATE ALL HIS MEDICAL CONDITIONS.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

     ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____   to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
       DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page ___ 3 ___ of ___ 6 ___

DEFENDANT:      FREDERCIK CELANI
CASE NUMBER:    CR-13-0183-01 (ADS)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
THREE (3) YEARS  ON COUNT 9 AND IS TO RUN CONCURRENT WITH THE THREE(3) YEARS IMPOSED IN CR-09-0405(S)9-0405(S) FOR A TOTAL OF THREE (3) YEARS SUPERVISED RELEASE.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
     or if such prior notification is not possible, then within forty eight hours after such change;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

Judgment—Page   4   of   6

DEFENDANT:          FREDERICK CELANI
CASE NUMBER:        CR-13-0183-01 (ADS)

## ADDITIONAL SUPERVISED RELEASE TERMS

1. THE DEFENDANT SHALL PAY RESTITUTION IN THE SUM OF FOUR MILLION EIGHT HUNDRED TWENTY NINE THOUSAND SIX HUNDRED SIXTY THREE DOLLARS AND EIGHTY FOUR CENTS ($4,829,663.84) TO THE CLERK OF THE COURT, 100 FEDERAL PLAZA CENTRAL ISLIP NY 11722 AT A RATE OF 10% OF HIS GROSS MONTHLY INCOME UNTIL THE FULL AMOUNT OF RESTITUTION IS PAID EVEN AFTER THE TERM OF SUPERVISED RELEASE HAS TERMINATED. PAYMENTS SHALL COMMENCE THIRTY (30) DAYS AFTER THE DEFENDANT'S RELEASE FROM INCARCERATION. THE 11 PAGES OF THE LIST OF VICTIMS IS ATTACHED TO THIS JUDGMENT AND CONVICTION ORDER.  THIS TOTAL SUM OF RESTITUTION INCORPORATES VICTIMS IN THIS CASE AS WELL AS CR-09-0405(S).

2. THE DEFENDANT SHALL RECEIVE OUT PATIENT OR INPATIENT TREATMENT FOR DRUG AND ALCOHOL ABUSE AND MENTAL HEALTH TREATMENT AT THE DIRECTION OF THE PROBATION DEPARTMENT.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:          FREDERIC CELANI
CASE NUMBER:        CR-13-0183-01 (ADS)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $  N/A | $  $4,829,663.84 |

☐  The determination of restitution is deferred until ___ ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| See 11 page list of victims attached to this J&C | | $4,829,663.84 | |

| **TOTALS** | $ _____ | $  4,829,663.84 |
|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the   ☐  fine   ☐  restitution.

☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6_ of __6_

DEFENDANT: FREDERIC CELANI
CASE NUMBER: CR-13-0183-01 (ADS)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  Lump sum payment of $ __100.00__ due immediately, balance due

☐ not later than _____ , or
☐ in accordance  ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| Victim Name | Amount of Loss |
|---|---|
| Marti Grainizo OHare (Gold and Green Kiosk) | $95,405.55 |
| Angela DAntuono (Gold and Green Kiosk) | $73,063.95 |
| Nicholas Aalerud (Gold and Green Kiosk) | $9,821.28 |
| Rafe Friedman (Gold and Green Kiosk) | $43,000.00 |
| Samuel Crosby (Gold and Green Kiosk) | $32,598.35 |
| Sybil Faurer (Gold and Green Kiosk) | $45,386.17 |
| Nathan Friedman (Gold and Green Kiosk) | $9,003.03 |
| Rabbi Abraham Fromowitz (Congregation Keren Zichron Yitzchok, Inc.) (Gold and Green Kiosk) | $26,718.82 |
| Mitchell Schlau (Gold and Green Kiosk) | $286,239.00 |
| Hana Dolgin (Gold and Green Kiosk) | $33,787.23 |
| Richard T. Smithmyer (Gold and Green Kiosk) | $62,500.00 |
| Robert Birnbach (Gold and Green Kiosk) | $76,155.07 |
| Amberway Equities, LLC (Rainmaker NY) | $177,321.03 |
| Geraldine Athas Vasquez (Rainmaker NY) | $8,866.05 |
| Stephen Bagnasco (Rainmaker NY) | $22,165.13 |
| Cedric Lucas (Rainmaker NY) | $8,866.05 |
| Midge Seitz (Rainmaker NY) | $4,433.03 |
| Edwin and Betty Bieler (Rainmaker NY) | $53,639.61 |
| Albert and Barbara Restum (Rainmaker NY) | $25,489.90 |
| Chad and Justine Restum (Rainmaker NY) | $13,299.08 |
| Dean and Julie Restum (Rainmaker NY) | $4,433.03 |
| Michael Terri Lee Jones and | $4,433.03 |

| | |
|---|---|
| Michael Martinez (Rainmaker NY) | |
| Michael Bongerz (Rainmaker NY) | $4,433.03 |
| Hector York (Rainmaker NY) | $84,227.49 |
| Laura York (Rainmaker NY) | $22,165.13 |
| Winnie Lee (Rainmaker NY) | $221,651.29 |
| Kamyar Motamedi (Rainmaker NY) | $44,773.56 |
| Robert Domino (Rainmaker NY) | $13,299.08 |
| Paul Swift (Rainmaker NY) | $13,299.08 |
| Willock Family Revocable Trust (Rainmaker NY) | $33,247.69 |
| Susan Curtis (Rainmaker NY) | $13,299.08 |
| Surety Venture Capital (Rainmaker NY) | $39,010.63 |
| Cristina Tuttle (Rainmaker NY) | $5,762.93 |
| Don DesBiens (Rainmaker NY) | $398,972.32 |
| Joseph Cozza (Rainmaker NY) | $31,031.18 |
| Richard Helvey (Rainmaker NY) | $10,639.26 |
| Keystone Investments (Rainmaker NY) | $53,196.31 |
| James Johnson (Rainmaker NY) | $4,433.03 |
| Gerald Jonte (Rainmaker NY) | $8,866.05 |
| Joshua Jonte (Rainmaker NY) | $8,866.05 |
| Darwin Tuttle (Rainmaker NY) | $5,762.93 |
| Rachel Goodman (Rainmaker NY) | $8,866.05 |
| Thomas Osbeck (Rainmaker NY) | $4,433.03 |
| Rey Mor Enterprises | $4,433.03 |

| | |
|---|---|
| (Rainmaker NY) Paul Ifediba | $372,817.47 |
| (Rainmaker NY) Karen Nishimura | $17,732.10 |
| (Rainmaker NY) Nanci Lewis | $8,866.05 |
| (Rainmaker NY) Brian Tully | $5,319.63 |
| (Rainmaker NY) Thomas Dawson | $22,165.13 |
| (Rainmaker NY) Sandra Dawson | $17,732.10 |
| (Rainmaker NY) New Adventure Holdings | $20,923.88 |
| (Rainmaker NY) Leona Jo Individual Helvey | $26,598.15 |
| (Rainmaker NY) Leona Jo IRA Helvey | $22,608.43 |
| (Rainmaker NY) Hanh Hayashida | $110,825.64 |
| (Rainmaker NY) William Slagg | $4,433.03 |
| (Rainmaker NY) Cathy Goodman | $63,835.57 |
| (Rainmaker NY) Ken Goldman | $45,216.86 |
| (Rainmaker NY) James and Joanna Lang | $66,495.39 |
| (Rainmaker NY) Dominick Mellace | $70,635.83 |
| (Rainmaker NY) Harold Schwartz | $28,814.67 |
| (Rainmaker NY) James and Judy Saso | $11,082.56 |
| (Rainmaker NY) Oreck Family Trust | $17,732.10 |
| (Rainmaker NY) Gary Strobel | $4,433.03 |
| (Rainmaker NY) Steven and Jennifer Wall | $31,031.18 |
| (Rainmaker NY) Gordon and Patricia McGrane | $11,082.56 |
| (Rainmaker NY) Simon Dzienciol (Rainmaker NY) | $439,756.16 |

| | |
|---|---|
| Ronald Horowitz (Rainmaker NY) | $22,165.13 |
| CG Investments (Rainmaker NY) | $88,660.52 |
| Rod and Dolores Mobasher (Rainmaker NY) | $88,660.52 |
| LSJ Alliance (Rainmaker NY) | $31,031.18 |
| Michael Talbot (Rainmaker NY) | $26,598.15 |
| Chris Nelson (Rainmaker NY) | $33,247.69 |
| Mindy Individual Fox Sachs (Rainmaker NY) | $13,299.08 |
| Mindy IRA Fox Sachs (Rainmaker NY) | $16,416.25 |
| Mindy Roth IRA Fox Sachs (Rainmaker NY) | $4,702.01 |
| Kevin Priest (Rainmaker NY) | $4,433.03 |
| Randy and Kay Meers (Rainmaker NY) | $4,433.03 |
| Darren Dzienciol (Rainmaker NY) | $4,433.03 |
| Mark Mordecai (Rainmaker NY) | $44,773.56 |
| Michael Zirpolo (Rainmaker NY) | $88,660.52 |
| Luciano and Anna Chioda (Rainmaker NY) | $ |
| Alan Individual Novoselsky (Rainmaker NY) | $24,381.64 |
| Alan IRA Novoselsky (Rainmaker NY) | $8,866.05 |
| Carol Ann Madsen (Rainmaker NY) | $22,165.13 |
| Robert Individual Hahn (Rainmaker NY) | $8,866.05 |
| Robert FBO Hahn (Rainmaker NY) | $8,866.05 |
| Rose Schnor (Rainmaker NY) | $64,278.87 |
| Robert Living Trust Ulm (Rainmaker NY) | $19,948.62 |
| Robert FBO Ulm (Rainmaker NY) | $5,762.93 |

| | |
|---|---|
| Libra Investments (Rainmaker NY) | $11,082.56 |
| Pamela Mayer (Rainmaker NY) | $11,082.56 |
| Donald Individual Pearson (Rainmaker NY) | $66,495.39 |
| Donald FBO Pearson (Rainmaker NY) | $88,660.52 |
| Beulah Wenger (Rainmaker NY) | $22,165.13 |
| Michael Byg (Rainmaker NY) | $24,381.64 |
| Lianna Dzienciol (Rainmaker NY) | $4,433.03 |
| David Harris (Rainmaker NY) | $11,082.56 |
| Multiplex Financial Group (Rainmaker NY) | $44,330.26 |
| Roger Renner (Rainmaker NY) | $4,433.03 |
| Tory Richardson (Rainmaker NY) | $17,953.75 |
| Hagop Sagherian (Rainmaker NY) | $5,541.28 |
| Jan Shorey (Rainmaker NY) | $5,541.28 |
| Brian Simon (Rainmaker NY) | $123,688.83 |
| Keith Adams (Illinois Fraud) | $100.00 |
| Michael Adderly (Illinois Fraud) | $1,500.00 |
| Craig Agrell (Illinois Fraud) | $250.00 |
| Juan Carlos Aguiar (Illinois Fraud) | $100.00 |
| Jesus Aguayo (Illinois Fraud) | $1,500.00 |
| Alberto Alaniz ((Illinois Fraud)) | $2,500.00 |
| Frederick Alexander (Illinois Fraud) | $250.00 |
| Larry Anderson (Illinois Fraud) | $2,500.00 |
| Juan Angulo (Illinois Fraud) | $1,500.00 |

| | |
|---|---|
| Gregory Ayala (Illinois Fraud) | $250.00 |
| Nelson Ortiz Baez (Illinois Fraud) | $2,500.00 |
| Scot Beal (Illinois Fraud) | $250.00 |
| Michael Benson (Illinois Fraud) | $2,500.00 |
| Keith Biggins (Illinois Fraud) | $250.00 |
| Julius Black (Illinois Fraud) | $2,500.00 |
| Michael Black (Illinois Fraud) | $250.00 |
| Anthony Bolden (Illinois Fraud) | $2,500.00 |
| Eric Kelvin Booker (Illinois Fraud) | $2,500.00 |
| Kenneth L. Brooks (Illinois Fraud) | $2,500.00 |
| Emanuel Brown (Illinois Fraud) | $250.00 |
| Ronald Bryant (Illinois Fraud) | $1,100.00 |
| Otha Buchanan (Illinois Fraud) | $250.00 |
| CW Burke (Illinois Fraud) | $950.00 |
| Inocente Capote (Illinois Fraud) | $1,500.00 |
| Louis Castro (Illinois Fraud) | $2,500.00 |
| Marcus Cojab (Illinois Fraud) | $2,000.00 |
| Byron Collins (Illinois Fraud) | $2,500.00 |
| Niko Curington (Illinois Fraud) | $2,200.00 |
| Howard Davis (Illinois Fraud) | $2,500.00 |
| Ezio D Angelo (Illinois Fraud) | $250.00 |
| Nathaniel Dean (Illinois Fraud) | $2,500.00 |
| Pedro Ricardo De los Santos (Illinois Fraud) | $1,500.00 |

| | |
|---|---|
| Carlos Diaz (Illinois Fraud) | $100.00 |
| Luis Diaz (Illinois Fraud) | $2,220.00 |
| Clifton Dukes (Illinois Fraud) | $1,500.00 |
| Daryl Edwards (Illinois Fraud) | $100.00 |
| Lawrence England (Illinois Fraud) | $1,500.00 |
| Ronald Evans (Illinois Fraud) | $250.00 |
| Percy Joe Fisher (Illinois Fraud) | $1,500.00 |
| Craig Fleming (Illinois Fraud) | $1,200.00 |
| Miguel Flores (Illinois Fraud) | $2,500.00 |
| Lonnie Ford (Illinois Fraud) | $1,450.00 |
| Steffeny Frazier (Illinois Fraud) | $1,500.00 |
| Frederick Freeman (Illinois Fraud) | $1,500.00 |
| David Gaddis (Illinois Fraud) | $1,000.00 |
| Loreto Garcia (Illinois Fraud) | $250.00 |
| Eugene Anthony Gesvale (Illinois Fraud) | $2,500.00 |
| Andres Ramirez Godina (Illinois Fraud) | $100.00 |
| Danny Gomez (Illinois Fraud) | $250.00 |
| Hugo Gomez (Illinois Fraud) | $1,600.00 |
| Cesar Gonzalez (Illinois Fraud) | $2,500.00 |
| Reginald Grant (Illinois Fraud) | $2,600.00 |
| Teresa Griffin (Illinois Fraud) | $2,500.00 |
| Camillo Grossi (Illinois Fraud) | $1,500.00 |
| Torrance Hairston (Illinois Fraud) | $1,750.00 |

| | |
|---|---|
| Jeffrey Hall | $1,500.00 |
| (Illinois Fraud) | |
| Joe Louis Harrell | $100.00 |
| (Illinois Fraud) | |
| Robert Harris | $250.00 |
| (Illinois Fraud) | |
| Charles R. Harrison | $250.00 |
| (Illinois Fraud) | |
| Eric Hawkins | $250.00 |
| (Illinois Fraud) | |
| Frazier Hawkins | $1,370.00 |
| (Illinois Fraud) | |
| Larry Henricks | $2,500.00 |
| (Illinois Fraud) | |
| Thomas Hennig | $1,500.00 |
| (Illinois Fraud) | |
| Alejandro Hernandez | $2,500.00 |
| (Illinois Fraud) | |
| Angel Luis Burgos | $250.00 |
| Hernandez | |
| (Illinois Fraud) | |
| David Hernandez | $250.00 |
| (Illinois Fraud) | |
| Filiberto Hinojosa | $1,500.00 |
| (Illinois Fraud) | |
| Robert Hinton | $2,500.00 |
| (Illinois Fraud) | |
| Benjamin Horton | $2,500.00 |
| (Illinois Fraud) | |
| John Iammarino | $2,500.00 |
| (Illinois Fraud) | |
| Anthony Jackson | $950.00 |
| (Illinois Fraud) | |
| James Earl Jackson | $1,975.00 |
| (Illinois Fraud) | |
| Kellis Jackson | $250.00 |
| (Illinois Fraud) | |
| Felipe Guerra Jaimes | $250.00 |
| (Illinois Fraud) | |
| Roy Jeffery | $1,500.00 |
| (Illinois Fraud) | |
| Scottie Jenkins | $250.00 |
| (Illinois Fraud) | |
| Reginald Johnson | $1,600.00 |
| (Illinois Fraud) | |
| Sean Kendrick | $250.00 |

| | |
|---|---|
| (Illinois Fraud) | |
| Darnell King | $250.00 |
| (Illinois Fraud) | |
| Harrison King | $1,500.00 |
| (Illinois Fraud) | |
| James R. Langford | $250.00 |
| (Illinois Fraud) | |
| Toney Leon | $250.00 |
| (Illinois Fraud) | |
| Germaine Lewis | $1,375.00 |
| (Illinois Fraud) | |
| David Lightner | $250.00 |
| (Illinois Fraud) | |
| Douglas Lindsay | $1,500.00 |
| (Illinois Fraud) | |
| Daniel Lopez | $2,500.00 |
| (Illinois Fraud) | |
| Gilbert Medina | $250.00 |
| (Illinois Fraud) | |
| Theolia Millsap | $1,500.00 |
| (Illinois Fraud) | |
| Horatio Ramirez Miranda | $750.00 |
| (Illinois Fraud) | |
| Calvin Mobley | $1,500.00 |
| (Illinois Fraud) | |
| Emmett Monson | $2,275.00 |
| (Illinois Fraud) | |
| Larry Moon | $250.00 |
| (Illinois Fraud) | |
| Vernon Moore | $250.00 |
| (Illinois Fraud) | |
| Khalil Hasan Muhammad | $250.00 |
| (Illinois Fraud) | |
| Melvin McClain | $1,500.00 |
| (Illinois Fraud) | |
| Jackie McKubbin | $1,500.00 |
| (Illinois Fraud) | |
| Klyne M. McMahan, Jr. | $500.00 |
| (Illinois Fraud) | |
| Claude Scott Newcomb | $1,500.00 |
| (Illinois Fraud) | |
| Delvin Nix | $250.00 |
| (Illinois Fraud) | |
| Valentine Nnani | $2,500.00 |
| (Illinois Fraud) | |
| Willie J. Norton, Sr. | $1,400.00 |

| | |
|---|---|
| (Illinois Fraud)<br>Lenworth Parker | $1,720.00 |
| (Illinois Fraud)<br>Allan McKinley Parker | $250.00 |
| (Illinois Fraud)<br>Juan Perez | $250.00 |
| (Illinois Fraud)<br>Frederick Porter | $250.00 |
| (Illinois Fraud)<br>Lorenza Porter | $2,050.00 |
| (Illinois Fraud)<br>Mario Quinones | $2,450.00 |
| (Illinois Fraud)<br>Bonifacio Jose Rangel | $2,250.00 |
| (Illinois Fraud)<br>Johnnie C. Reed | $100.00 |
| (Illinois Fraud)<br>Reginald Reinhardt | $2,090.00 |
| (Illinois Fraud)<br>Joseph A. Reyes | $2,500.00 |
| (Illinois Fraud)<br>Francisco Reynaga | $950.00 |
| (Illinois Fraud)<br>Willie Reynolds | $1,500.00 |
| (Illinois Fraud)<br>Antonio Robles | $250.00 |
| (Illinois Fraud)<br>Lewis Roberson | $1,700.00 |
| (Illinois Fraud)<br>Jose A. Romeu | $2,500.00 |
| (Illinois Fraud)<br>Jose Rosa | $2,500.00 |
| (Illinois Fraud)<br>Loras Rowan | $250.00 |
| (Illinois Fraud)<br>Juan Sanchez, Jr. | $250.00 |
| (Illinois Fraud)<br>Melvin Sanders | $2,500.00 |
| (Illinois Fraud)<br>James Southwell, Jr. | $250.00 |
| (Illinois Fraud)<br>Ramon Soto | $1,800.00 |
| (Illinois Fraud)<br>Norman Spratley | $1,500.00 |
| (Illinois Fraud)<br>Lamar D. Taylor | $325.00 |

| | |
|---|---|
| (Illinois Fraud) | |
| Winston Thomas | $2,500.00 |
| (Illinois Fraud) | |
| James Trammell | $1,750.00 |
| (Illinois Fraud) | |
| Alvin B. Truesdale | $1,200.00 |
| (Illinois Fraud) | |
| Andre Tucker | $2,500.00 |
| (Illinois Fraud) | |
| Angel Simon Turbides | $1,250.00 |
| (Illinois Fraud) | |
| Andres Velasquez | $2,500.00 |
| (Illinois Fraud) | |
| Hilan Stanley Walker | $250.00 |
| (Illinois Fraud) | |
| Rodney Walker | $2,050.00 |
| (Illinois Fraud) | |
| Kevin Wash | $250.00 |
| (Illinois Fraud) | |
| Carl Washington | $1,500.00 |
| (Illinois Fraud) | |
| Felix Webb | $2,750.00 |
| (Illinois Fraud) | |
| Anthony D. White | $2,000.00 |
| (Illinois Fraud) | |
| Edward W. White | $2,508.95 |
| (Illinois Fraud) | |
| Elbert Williams | $2,250.00 |
| (Illinois Fraud) | |
| Terry Wimberly | $2,750.00 |
| (Illinois Fraud) | |
| Reynolds Wintersmith | $2,500.00 |
| (Illinois Fraud) | |
| Johnnie Young, Jr. | $250.00 |
| (Illinois Fraud) | |
| Ryan and Brian Zater | $500.00 |
| (Illinois Fraud) | |
| Panfilio Zavala Angulo | $2,000.00 |
| (Illinois Fraud) | |